DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MITCHELL WILLIAMS REDDIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0330

————————————————

May 22, 2026

Appeal from the County Court for Pasco County; Joseph Justice, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.